**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6964**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WALTER RAY TAYLOR, JR., a/k/a 8-Ball,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:04-cr-00195-BO-1)

Submitted:  September 10, 2009      Decided:  September 15, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Walter Ray Taylor, Jr., Appellant Pro Se.  Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Ray Taylor, Jr., appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. United States v. Taylor, No. 5:04-cr-00195-BO-1 (E.D.N.C. May 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED